

# Fourth Court of Appeals
## San Antonio, Texas

December 15, 2021

No. 04-21-00459-CV

**JAJ EQUIPMENT, INC.** f/k/a Reeves Roofing Equipment Co., Inc.; JNR Enterprises, Inc.; Joe Reeves; John Reeves; and Amy Reeves-Perry,
Appellants

v.

Refugio **RAMOS**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-06998
Honorable Martha Tanner, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Lori I. Valenzuela, Justice

On December 10, 2021, appellants filed "Appellants' Emergency Motion for Stay of Trial Court Proceedings Pending Final Disposition of 'Appellants' Petition for Permission to Appeal Interlocutory Order Signed October 6, 2021.'" After considering the merits of the motion, the motion is DENIED.

It is so **ORDERED** December 15, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT